369 A.2d 1223

**COMMONWEALTH of Pennsylvania**

v.

**Lawrence McCLINTON, Appellant
(two cases).**

Supreme Court of Pennsylvania.

Submitted Sept. 23, 1976.

Decided Feb. 28, 1977.

Norman A. Levine, Public Defender, New Castle, for appellant.

Donald E. Williams, Dist. Atty., New Castle, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.